# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ELENA CARDENAS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:17-cv-00203-GZS |
| ) | |
| TACO BELL KFC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE

No objections have been filed to the Magistrate Judge's Recommended Decision (ECF No. 6) filed July 19, 2017, the Recommended Decision is **AFFIRMED**.

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 11) filed August 25, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Amended Complaint (ECF No. 7) is hereby **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to assert an actionable claim.

      /s/ George Z. Singal
      United States District Judge

Dated this 14th day of September, 2017.